No. 783. SINCLAIR v. UNITED STATES. C. A. 3d Cir. Certiorari granted. *David Berger* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Israel Convisser* for the United States.

No. 787. MANNING, COLLECTOR OF INTERNAL REVENUE, v. SEELEY TUBE & BOX Co. C. A. 3d Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Nathan Bilder* and *George G. Tyler* for respondent.

No. 809. AARON ET AL. v. FORD, BACON & DAVIS, INC. C. A. 8th Cir. Certiorari granted. *Paul E. Talley, Charles H. Earl, Cooper Jacoway* and *June P. Wooten* for petitioners. *Grover T. Owens* and *E. L. McHaney, Jr.* for respondent. *Solicitor General Perlman* and *William S. Tyson* filed a brief for the United States, as *amicus curiae,* supporting the petition.

No. 817. UNITED STATES EX REL. WILLUMEIT v. WATKINS, DISTRICT DIRECTOR, IMMIGRATION & NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *William Dean Embree* for petitioner. *Solicitor General Perlman* for respondent.

No. 260. UNITED STATES EX REL. EICHENLAUB v. WATKINS, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. The order entered November 15, 1948, denying certiorari, 335 U. S. 867, is vacated. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is granted. *Charles E. Wallington* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Josephine H. Klein* for respondent.